IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| RON BLOCKER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: CV-2007-37 |
| | ) |
| CHAROEN POKPHAND (USA), INC. | ) |
| Defendant. | ) |

FILED AUG 10 2007 DAVID S. NIX, CLERK BARBOUR CO. ALABAMA

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Equity Group Eufaula Division, LLC hereby gives notice to the Circuit Court of Barbour County, Alabama and Jerry Roberson, Esq., as Attorney for Plaintiff, that Defendant filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. A copy of the Notice of Removal is attached.

_____
Joel P. Smith, Jr. (SMI 192)
Attorney for Equity Group Eufaula
Division, LLC

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
     & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072-0880
Telephone    (334) 687-5834
Facsimile    (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___10th___ day of August, 2007, served a copy of the above and foregoing Notice of Removal upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid:

Jerry Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487

_____
Of Counsel