FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| RON BLOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-722 MHT-WC |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW EQUITY GROUP EUFAULA DIVISION, LLC**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Keystone Foods, LLC | Parent Company of Equity Group Eufaula Division, LLC |

August 14, 2007

*/s/ Joel P. Smith, Jr.*
Joel P. Smith, Jr.
Attorney for Equity Group Eufaula Division, LLC

OF COUNSEL:

WILLIAMS, POTTHOFF,
    WILLIAMS, & SMITH, LLC
P.O. Box 880
Eufaula, Alabama 36072
Tel. (334) 687-5834
Fax (334) 687-5722
Email joelpsmith@bellsouth.net

## CERTIFICATE OF SERVICE

    I, Joel P. Smith, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished via electronic mail on this 14th day of August, 2007 to:

    Jerry Roberson, Esq.
    Roberson & Roberson
    P.O. Box 380487
    Birmingham, Alabama 35238-0487

                                                     /s/*Joel P. Smith, Jr.*
                                                     Of Counsel