IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RON BLOCKER,                )<br>                             )<br>    Plaintiff,              )<br>                             )    CIVIL ACTION NO.<br>    v.                       )      2:07cv722-MHT<br>                             )<br>EQUITY GROUP EUFAULA        )<br>DIVISION, LLC,              )<br>                             )<br>    Defendant.               ) | |

### ORDER

It is ORDERED that the motion for more definite statement (Doc. No. 5) is set for submission, without oral argument, on September 5, 2007, with all briefs due by said date.

DONE, this the 20th day of August, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE