IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RON BLOCKER                                    )
_____,            )
                                                )
      Plaintiff,                               )
                                                )
v.                                              )   CASE NO. <u>2:07-cv-0722-MHT</u>
                                                )
EQUITY GROUP EUFAULA DIVISION, LLC              )
_____,            )
                                                )
      Defendants,                              )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>RON BLOCKER</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>            <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

<u>9/6/2007</u>              <u>s/Jerry D. Roberson</u>
Date                  (Signature)
                               **JERRY D. ROBERSON**
                               (Counsel's Name)
                               **Ron Blocker**
                               Counsel for (print names of all parties)
                               P.O. Box 380487
                               Birmingham, Al. 35238
                               Address, City, State Zip Code
                               205-981-3906
                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jerry Roberson, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6TH day of September 20 07, to:

Albert H. Adams, Jr., Law Office of Albert H. Adams, Jr., P.C. 520 South Eufaula Avenue, Suite E Post Office Box 670 Eufaula, Alabama 36072

Joel P. Smith, Jr. WILLIAMS, POTTHOFF, WILLIAMS & SMITH, L.L.C. Post Office Box 880 Eufaula, Alabama 36072-00880

9/6/2007                                           s/Jerry D. Roberson
Date                                                    Signature