IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RON BLOCKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv722-MHT |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 7) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 12th day of September, 2007.

                   /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE