IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RON BLOCKER,                                )
    Plaintiff,                               )
                                             )       CIVIL ACTION NO.
    v.                                       )         2:07cv722-MHT
                                             )
EQUITY GROUP EUFAULA                         )
DIVISION, LLC,                               )
                                             )
    Defendant.                               ) | |

## ORDER

It is ORDERED that the motion for more definite statement (Doc. No. 5) is denied.

DONE, this the 3rd day of October, 2007.


                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE