IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RON BLOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:07cv.722 MHT-WC |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

**1.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on October 2, 2007, and was attended by:

Jerry Roberson, for Plaintiff; and
Joel P. Smith, Jr., for Defendant.

**2.** **Pre-Discovery Disclosures.** The parties will exchange by October 24, 2007, the information required by Local Rule 26.1(a)(1).

**3.** **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: The Plaintiff's claims, the Defendant's defenses, damages issues.

All discovery commenced in time to be completed by June 1, 2008.

Maximum of 35 interrogatories by each party to any other party.
[Responses due 30 days after service.]

Maximum of 30 requests for admission by each party to any other party.
[Responses due 30 days after service.]

Maximum of 30 requests for production of documents by each party to any other party.
[Responses due 30 days after service.]

Maximum of 10 depositions by the Plaintiff and 10 by the Defendant,
Maximum of 8 hours each.

Supplementations under Rule 26(e) due 30 days before the close of discovery.

**4.    Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The Plaintiff should be allowed until November 15, 2007, to join additional parties and until November 15, 2007, to amend the pleadings.

The Defendant should be allowed until December 15, 2007, to join additional parties and until December 15, 2007, to amend the pleadings.

Reports from retained experts under Rule 26(a)(2) are due from:
Plaintiff by December 15, 2007.
Defendant by January 15, 2008.

All potentially dispositive motions should be filed by July 15, 2008.

Settlement cannot be realistically evaluated prior to some initial discovery.

The parties request a final pretrial conference in October 2008.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due as follows:

From the Plaintiff: witnesses by 30 days prior to trial; exhibits by 30 days prior to trial

From the Defendant: witnesses by 30 days prior to trial; exhibits by 30 days prior to trial

Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by December 1, 2008, and at this time is expected to take approximately 2 days.

Date:  October 3, 2007

| | |
|---|---|
| _/s/Jerry Roberson_____ | _/s/ Joel P. Smith, Jr._____ |
| Jerry Roberson (ROB010) | Joel P. Smith, Jr. |
| Attorney for Plaintiff | ASB-0328-M46J |
| Roberson & Roberson | Attorney for Defendant |
| P.O. Box 380487 | Williams, Potthoff, Williams & Smith, LLC |

| | |
|---|---|
| Birmingham, AL 35238-0487 | Post Office Box 880 |
| (205) 981-3906 phone | Eufaula, Alabama 36072-0880 |
| (205) 981-3908 | (334) 687-5834 phone |
| | (334) 687-5722 facsimile |