IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RON BLOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.:  2:07cv.722 MHT-WC |
| | ) |
| EQUITY GROUP EUFAULA | ) |
| DIVISION, LLC, | ) |
| | ) |
| Defendant. | ) |

TO:   Clerk of the Court

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the undersigned has on May 5, 2008, served on counsel for all parties the following:

(x)   Notice of Deposition of Ron Blocker.


/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr.

Attorney for Defendant,
Equity Group Eufaula Division, LLC

OF COUNSEL:
WILLIAMS, POTTHOFF, WILLIAMS
     & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama  36072-0880
Telephone   (334) 687-5834
Facsimile   (334) 687-5722

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 5th day of May, 2008, served a copy of the above and foregoing upon the following counsel of record via electronic filing/U.S. Mail:

Jerry Roberson
ROBERSON & ROBERSON
Post Office Box 380487
Birmingham, Alabama  35238-0487

Albert H. Adams, Jr., Esq.
Law Office of Albert H. Adams, Jr., P.C.
Post Office Box 670
Eufaula, Alabama  36072-0670


/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr.

Attorney for Defendant,
Equity Group Eufaula Division, LLC