**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| RON BLOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:07cv722MHT-WC |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff's counsel, Jerry Roberson and pursuant to this Court's scheduling order, reports to this Court that Counsel for the parties have conducted the face-to-face settlement conference. The parties have made several attempts to try and resolve this matter. The parties are currently exploring their options but have not yet reached any agreement. The parties will continue to try and resolve this matter but can grant this Court no assurances that they will succeed.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:    205.981.3906
Fax Number:       205.981.3908
E-mail: jdratty@charter.net
         tlbaker@charter.net

**OF COUNSEL:**

Albert H. Adams, Jr., Esquire (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, Alabama 36072
Telephone: 334-687-1326
Fax: 866-910-9989

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 19th day of August, 2008, I served a copy of the foregoing document upon counsel of record either through the CM/ECF system, via facsimile or by placing a copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Joel P. Smith, Jr.
WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
125 South Orange Avenue
Post Office Box 880
Eufaula, Alabama 36072
Telephone:  334-687-5834
Fax:            334-687-5722

                                                               s/Jerry Roberson
                                                               Jerry Roberson (ROB010)