IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RON BLOCKER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv722-MHT |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 25) is granted.

DONE, this the 26th day of August, 2008.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**